UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
COHN LIFLAND PEARLMAN
HERRMANN & KNOPF LLP
Attorneys for Cohn Lifland Pearlman
Herrmann & Knopf LLP
Park 80 West-Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, New Jersey 07663
(201)845-9600
Our File: 39843-3

In Re:
Anna Manukian Aslanian
aka Anna Manukian
aka Anna Aslanian
aka Anna Manukyan,          Debtor.

Case No.: 22-17956
Chapter: 13
Adv. No.: _____
Hearing Date: _____
Judge: John K. Sherwood

## CERTIFICATION OF SERVICE

1. I, Barbara Blumberg :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for Cohn Lifland et al., who represents Cohn Lifland et al, secured creditor in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On December 1, 2022, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Certification of Jeffrey W. Herrmann, Esq. on behalf of Cohn Lifland Pearlman Herrmann & Knopf LLP Objecting to Confirmation of Debtor's Plan; and
   Certification of Service.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: December 1, 2022

/s/Barbara Blumberg
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Anna Manukian Aslanian<br>413 The Fenway<br>River Edge, NJ 07661 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Stephen B. McNally<br>McNally & Busche, L.L.C.<br>93 Main Street<br>Suite 201<br>Newton, NJ 07860 | Attorneys for Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF (on 11/30/22)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Chapter 13 Standing Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF (on 11/30/22)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Finnerty Canda & Concannon, PC<br>c/o Marilyn Canda, Esq.<br>14 Phyllis Court<br>Wayne, NJ 07470 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Midland Funding, LLC<br>c/o Pressler & Pressler, LLP<br>7 Entin Road<br>Parsippany, NJ 07054 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| AJAX E. MASTER TRUST I<br>c/o Gregory Funding LLC<br>PO Box 230579<br>Tigard, OR 97281 | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other __ECF (on 11/30/22)__<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| AJAX E. MASTER TRUST I<br>c/o Gregory Funding LLC<br>PO Box 742334<br>Los Angeles, CA 90074 | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other __ECF (on 11/30/22)__<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Discover Home Loans<br>1 Corporate Drive<br>Suite 360<br>Lake Zurich, IL 60047 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*