STEPHEN B. MCNALLY
MCNALLY & BUSCHE, L.L.C.
93 MAIN STREET
SUITE 201
NEWTON, NJ  07860

Re:  ANNA MANUKIAN ASLANIAN
     413 THE FENWAY
     RIVER EDGE, NJ  07661

Atty:  STEPHEN B. MCNALLY
       MCNALLY & BUSCHE, L.L.C.
       93 MAIN STREET
       SUITE 201
       NEWTON, NJ  07860

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023**
Chapter 13 Case # 22-17956

### RECEIPTS AS OF 01/13/2023  (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 11/28/2022 | $2,400.00 | 8846181000 | | | |

**Total Receipts: $2,400.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $2,400.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023  (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 132.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | COHN LIFLAND PEARLMAN HERRMANN | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0003 | CREDIT COLL | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0004 | CREDIT COLLECTION SERVICES | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0005 | DISCOVER FINANCIAL | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0006 | DISCOVER HOME LOANS | MORTGAGE ARRE | 35,579.92 | 100.00% | 0.00 | 0.00 |
| 0007 | FINNERTY CANDA & CONCANNON, PC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0008 | GOLDMAN SACHS BANK USA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0009 | GREGORY FUNDING, LLC | MORTGAGE ARRE | 75,428.99 | 100.00% | 0.00 | 0.00 |
| 0010 | MACYS/FDSB | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0011 | MIDLAND FUNDING, LLC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0012 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 764.83 | 0.00% | 0.00 | 0.00 |
| 0013 | SANTANDER CONSUMER USA INC. | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0015 | SYNCHRONY BANK | UNSECURED | 366.07 | 0.00% | 0.00 | 0.00 |
| 0016 | MERRICK BANK | UNSECURED | 2,204.03 | 0.00% | 0.00 | 0.00 |
| 0017 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 93.89 | 0.00% | 0.00 | 0.00 |

**Chapter 13 Case # 22-17956**

**Total Paid: $132.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 15, 2023.

Receipts: $2,400.00     -     Paid to Claims: $0.00     -     Admin Costs Paid: $132.00     =     Funds on Hand: $2,268.00

**\*\*NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.