**Marie-Ann Greenberg**
**Chapter 13 Standing Trustee**

30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

Joseph D. Petrolino, Jr.
Staff Attorney

Brian M. Knapp
Staff Attorney

Phone 973-227-2840
Fax 973-227-3272

For Payments Only:

PO BOX 520
MEMPHIS, TN  38101-0520

January 30, 2023

The Honorable JOHN K. SHERWOOD
United States Bankruptcy Court
Martin Luther King Federal Building
50 Walnut Street, 3rd Floor
Newark,    07102

RE:        ANNA MANUKIAN ASLANIAN
           Case No.:    22-17956

Dear Judge JOHN K. SHERWOOD:

   Please be advised that the Trustee's Determination of Adjournment Request. Request Granted. Hearing will be adjourned to 2/23/2023 at 8:30 am. filed on 1/30/2023, Docket #, in connection with the above-captioned matter, is being withdrawn  due to an error in the document.  The document will be re-filed.

Respectfully Submitted,

/S/ Marie-Ann Greenberg
Marie-Ann Greenberg, Esq.
Chapter 13 Standing Trustee