Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.:  22−17956−JKS
    Chapter:  13
    Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Anna Manukian Aslanian
  aka Anna Manukian, aka Anna Aslanian,
  aka Anna Manukyan
  413 The Fenway
  River Edge, NJ 07661

Social Security No.:
  xxx−xx−6462

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>July 7, 2023</u>
                  <u>John K. Sherwood</u>
                  Judge, United States Bankruptcy Court